JS-6/Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NAOMI ARCURI,                            ) | Case No. EDCV 08-00829 JFW (AN) |
|       Petitioner,            ) | **JUDGMENT** |
|   v.                                      ) | |
| DEBORAH PATRICK, WARDEN,   ) | |
|       Respondent.        ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

Dated: July 31, 2008                                 /s/     JOHN F. WALTER
                                                               JOHN F. WALTER
                                                      UNITED STATES DISTRICT JUDGE